FILED

AUG 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

KAW

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Labbaik (Pvt) Ltd <br> BOL Enterprise (Pvt) Ltd <br><br>         **Plaintiffs,** <br> v <br><br> Jadoo TV, Inc <br> Sajid Sohail <br><br><br>         **Defendants** | **Case No.** <br><br> **CV20  5878** |

---

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE

Plaintiffs, BOL ("Content Owner Plaintiffs") bring this suit pursuant to the Copyright Act of 1976, 17 U.S.C. § 101 et seq. (the "Copyright Act"), the Berne Convention for the Protection of literary and artistic works (the "Convention") against Defendants Jadoo TV Inc. and Sajid Sohail (together, "Defendants"), singularly and collectively, infringed on the copyright and trademark of the Plaintiffs. In support thereof Plaintiffs allege the following:

### NATURE OF THE ACTION

1.     Plaintiff bring this suit for copyright infringement and trademark infringement because, Defendants are capturing broadcast of Plaintiff's television channels and unlawfully retransmitting these channels over the Internet to customers of their JadooTV throughout the United States. Defendants scheme by selling JadooTV boxes which provide access to the protected channels of the Plaintiffs with approval and license. Defendants also use Plaintiff's unique channel logos and marks to intentionally deceive customers/users by giving the false impression that Defendants provide

lawful broadcasts of the channels with Plaintiff's approval or are otherwise associated with the Plaintiffs. In truth, Defendants are not authorized to retransmit Plaintiff's channels or use Plaintiff's logos and marks in any manner, and the Plaintiffs have received no compensation from the Defendant's services.

## PARTIES

2.     Plaintiff No.1 is private limited company registered with Securities & Exchange Commission of Pakistan under the Companies laws with its principle office at BOL House, Korangi Creek Cantonment, Ibrahim Haidari, Karachi Pakistan, Telephone +922137133113 and email:legal@bolnetwork.com. The Plaintiff No. 1 is duly licensed to operate satellite TV channels under the names of "BOL News" and "BOL Entertainment" ("Protected channels").

3.     Plaintiff No.2 is private limited company registered with Securities & Exchange Commission of Pakistan under the Companies laws with its principle office at BOL House, Korangi Creek Cantonment, Ibrahim Haidari, Karachi, Pakistan, Telephone +922137133113 and email:legal@bolnetwork.com. and dealings with all function related to the above BOL channels concerning broadcasting, marketing and other affairs of said TV Channels

4.     Defendant Jadoo TV is a company with an address at 5880 W. LAS POSITAS BLVD #37, PLEASANTON, CA 94588. JadooTV has provided Live and On-Demand content to viewers via its proprietary Internet based set-top box (STB) and Smart TV, Connected Devices and Mobile Apps.

5.     Defendant Sajid Sohail is natural person believed to be residing in Pleasanton California and his business address is 5880 W. LAS POSITAS BLVD #37, PLEASANTON, CA 94588. On information and belief, Sohail is the founder, Chief Executive Officer and an owner of Jadoo TV, Inc. Sohail authorized, controlled, participated in, and received direct financial

benefits from the infringing activities of Jadoo TV, Inc. alleged herein.

## JURISDICTION AND VENUE

6.     This Court has original subject matter jurisdiction over this action and the claims asserted herein, pursuant to 28 U.S.C. §§ 1331 and 1338 in that this is a suit for copyright infringement under 17 U.S.C. §101 *et seg.*

7.     This Court has personal jurisdiction over Defendants because the Defendants conduct systematic business in California and in this District, or is otherwise found and has purposefully availed himself or itself of the privilege of doing business in California and in this District.

8.     Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) because each of the Defendants either resides or regularly conducts business activities in or has an established place of business in this District and may be found in this District. Venue is also proper in this District because each of the Defendants is subject to the personal jurisdiction of this Court because they reside, conduct or transact business activities and have otherwise purposefully availed themselves of the privilege of doing business in California and in this District as per 28 U.S.C. § 1391(b). JadooTV and Sohail, reside in California and sell Jadoo set-top boxes to consumers in the United States, including those residing in California. Jadoo TV Inc. Sohail retransmitted Plaintiff's protected channels for the Users of Jadoo set-top box in the United States ("Jadoo Users"), including those residing in California. Defendants' conduct is causing injury to BOL in California.

## FACTS

## BOL COPYRIGHT

9.     Plaintiffs are engaged in the broadcast industry. Plaintiffs, directly own and operate television channels in Pakistan. Plaintiffs produce, acquire, broadcast and/or distribute an array of television programs,

including without limitation pre-recorded and live news shows, pre-recorded and live sports events, pre-recorded and live dramas, pre-recorded and live variety shows, pre-recorded and live game shows, pre-recorded and live children's programs and pre-recorded and live educational programs (the "Plaintiffs' Content"). With respect to the content that Plaintiffs produce, acquire, broadcast and/distribute, they possess lawful and proper copyrights or exclusive reproduction and distribution rights under the laws of Pakistan.

10.    Plaintiff's Content contains literary and artistic works that are protected by copyright under the laws of Pakistan. In accordance with the Convention, literary and artistic works that are protected under the laws of a signatory nation are accorded protection by all other signatory nations. Content Owner Plaintiffs' rights with regard to literary and artistic works are recognized and enforced in Pakistan, which is a signatory to the Convention. The United States is also a signatory to the Convention and, in accordance with its obligations under the Convention, is obligated to recognize and enforce Content Owner Plaintiffs' intellectual property rights for literary and artistic works in the event a breach of those rights occurs in the United States.

11.    Plaintiff owns the unique channels logos and programs marks that are associated with and prominently displayed during transmission. Plaintiffs have registered/applied its logo(s) and marks in Pakistan and other so many countries including United States. The said logos and marks have been used continuously in commerce for several years in the broadcasting and advertisement of the channels.


## WRONGFUL CONDUCTS OF THE DEFENDANTS

12.    Jadoo TV Inc. & Sajid Sohail produce and/or sell to consumers in the United States IPTV set- top boxes (the "Boxes"). These Boxes produced and/or sold by the said Defendants are loaded with software programming that enables the user to *illegally* – i.e. to "pirate" – the

Plaintiffs' Content. The said Defendants intercept and decode the transmission of and save a copy of the Content on their CDN for the sole purpose of streaming the Content to consumers who possess Boxes sold to them and who are not legitimate licensees in the United States. The said defendants neither have a license nor have ever sought a license or consent from the Plaintiffs to stream, distribute, publicly perform or retransmit the Content in the United States.

13.     Jadoo TV Inc. & Sajid Sohail sells the Boxes without having a license or consent from Content Owner Plaintiffs to retransmit the Plaintiffs' Content in the United States.

14.     Jadoo TV Inc. & Sajid Sohail have directly infringed Plaintiff's channels and exclusive rights to broadcast and distribute the television programs containing the Plaintiffs' Content. They are also liable for contributory and vicarious infringement for actively encouraging, inducing and facilitating their customers' infringement of the Plaintiffs' intellectual and artistic works, whether such rights are based on copyrights held by Content Owner Plaintiffs.

15.     Defendants also use Plaintiff's unique channel logos and marks to intentionally deceive customers/users by giving the false impression that Defendants provide lawful broadcasts of the channels with Plaintiff's approval or are otherwise associated with the Plaintiffs.

16.     Jadoo TV have offered IPTV services to stream the Content in the United States including California for which they have not obtained a license or consent to distribute or to sell from Content Owner Plaintiffs.

17.     Any person in the United States with Internet access can receive unauthorized access to the Protected Channels/programs and the works that air on the Protected Channels, by using a Jadoo4, Jadoo5, or Jadoo5s model set-top box. JadooTV sells its Jadoo5s set-top box on Jadootv.com.

18.    JadooTV presents television channels in its set-top boxes to Jadoo Users through a "Live TV" menu that displays the channel logos of television channels available to be viewed using the Jadoo set-top box including the channels of the Plaintiffs without obtaining any license or permission.



19.    JadooTV also provided "Media On Demand" through which the users may watch programs such as Current Affairs, Shows, Dramas etc. on demand including the Protected Channels that JadooTV does not have rights to publicly perform in the United States.

20.    JadooTV intends for Jadoo Users to use box to view television channels that JadooTV does not have rights to publicly perform in the United States.

21.    JadooTV's newest model set-top box is the Jadoo5s.

22.    The Jadoo5s set-top box is pre-configured so that when it is powered on it automatically locates and installs software files that integrate a set of Plaintiff's channels. JadooTV does not have rights to publicly perform any of the Protected Channels of the Plaintiffs in the United States.

23.    JadooTV promotes its set-top boxes on its website Jadootv.com by advertising that: "We make available the largest selection of Pakistani

content in our Live TV and VOD sections.

24.     The following is a screenshot showing the Plaintiff's Protected works on the Jadoo's set-top box:







25. Upon information and belief, Sohail is jointly and severally liable for each act of JadooTV's direct infringement because he personally directed and participated in, and benefitted from, JadooTV's infringing conduct as alleged herein. Sohail supervised the development of the Jadoo service and set-top boxes and associated website, and has been directly actively and personally involved in JadooTV's infringing activities servers, which were controlled by Sajid Sohail, who is CEO of JadooTV.

26. The Content is very valuable. The South Asian population of the United States is growing and is affluent. South Asian programs are popular with Arab and Russian viewers as well as with South Asian viewers.

27. JadooTV and Sohail are liable for copyright infringement and trademark infringement.

**JadooTV Has a Long History of Copyright Infringements:**

28. In 2014, four people associated with JadooTV were arrested in India for unlawfully streaming channels to users of Jadoo set-top boxes.[8] "According to police commissioner M Mahender Reddy, the modus operandi of the gang was that they would subscribe to various DTH satellite TV connections and by using electronic equipment purchased from China, they convert the satellite TV signal into encrypted streaming content for broadcasting on US-based company Jadoo TV web portal.

29. In 2016, JadooTV was sued in the United States for copyright and

trademark infringement of one channel at issue in this lawsuit. [*Dunya Holdings Limited v. JadooTV Inc. and Sajid Sohail*, No. 1:16-cv-05713-BMC, Dkt. 1 (E.D.N.Y. Oct. 13, 2016).].

30.     In 2016 Dish Network has filed similar nature case against JadooTV for copyright and trademark infringement. [Case No. 2:18-cv-9768, pending the same court].

31.     In 2016, ARY Digitals and other channels also filed a case for copyright and trademark infringement. [CV 14-3783 in the Court of New York]

## CLAIMS FOR RELIEF

32.     BOL repeats and re-alleges the allegations in paragraphs 1 to 32.

33.     BOL directly or indirectly through parent and/or affiliate entities, own and operate television stations in Pakistan. BOL produce, acquire, broadcast and/or distribute an array of television programs, including without limitation pre-recorded and live news shows, pre-recorded and live dramas, pre-recorded and live game shows, pre-recorded and live sports events, pre-recorded and live variety shows, pre-recorded and live children's shows and pre-recorded and live educational programs. With respect to the content that BOL produce, acquire, broadcast and/distribute, BOLs possess lawful and proper copyrights or exclusive reproduction and distribution rights under the laws of Pakistan, other nations in South Asia and/or Central Asia, Australia, Europe and/or the United States. BOL's copyrights in programs that aired on the Protected Channels arise under laws of Pakistan other than the United States that are parties to copyright treaties with the United States, including Pakistan, where the programs were authored and first published. Under 17 U.S.C. §§ 501, 411, the programs that make up the Protected Channels are non-United States works and, therefore, registration with the United States Copyright Office is not a prerequisite to filing a copyright infringement

action with respect to these works.

34.    JadooTV and Sohail directly infringe BOL's copyright in violation of 17 U.S.C. §§ 101 by retransmitting, distributing and publicly performing programs that make up the protected channels to Jadoo users.

35.    BOL has not authorized JadooTV or Sohail to distribute or publicly perform the programs that make up the Protected Channels in any manner.

36.    The infringement of BOL's rights in each program constitutes a separate and distinct act of copyright infringement.

37.    Defendants also use Plaintiff's unique channel logos and marks to intentionally deceive customers/users by giving the false impression that Defendants provide lawful broadcasts of the channels with Plaintiff's approval or are otherwise associated with the Plaintiffs.

38.    JadooTV sell Jadoo set-top boxes in the United States. The Jadoo set-top boxes connect Jadoo Users to unauthorized streams of the Protected Channels and the programs that make up the Protected Channels. The Jadoo5s set-top box sold by JadooTV is "pre-configured" so that Jadoo Users can immediately access the Protected Channels using the eMedia and Live TV menus of the Jadoo5s set-top box, as well as the programs that make up the Protected Channels using the VOD menu of the Jadoo5s set-top box, by simply powering on the device and without the need for manually locating and installing any additional software.

39.    JadooTV also instruct Jadoo Users having Jadoo4 and Jadoo5 set-top boxes on how to manually locate and install software files needed to integrate SASP channels, including the Protected Channels, into the eMedia and Live TV menus of the set-top box, thereby enabling the Jadoo Users to access the Protected Channels. The Jadoo4 and Jadoo5 set-top boxes, like the Jadoo5s set-top box, come pre-configured for accessing the programs that make up the Protected Channels using the VOD menu of

the set-top box.

40. JadooTV advertises Jadoo set-top boxes as a means of accessing the Protected Channels and the programs that make up the Protected Channels.

41. JadooTV promotes Jadoo set-top boxes through in-store demonstrations that educate Jadoo User's on how to receive the Protected Channels.

42. JadooTV selects the programs that are made accessible to Jadoo Users through the VOD menu of the Jadoo set-top box, including programs that make up the Protected Channels. JadooTV also maintains and controls the links or bookmarks that are used to connect Jadoo Users to the programs that make up the Protected Channels using the VOD menu of the Jadoo set-top box.

43. JadooTV provides material assistance to those directly infringing BOL's exclusive rights by providing technical information or assistance necessary for SASP channels to be viewed on a Jadoo set-top box. The additional channels in SASP, including the Protected Channels, are presented to Jadoo Users through the eMedia and Live TV menus of Jadoo set-top boxes, and are or were transmitted using Highwinds CDN services that require information provided by JadooTV in order to be received by Jadoo set-top boxes.

44. JadooTV intend that the Jadoo set-top box be used to access the Protected Channels and the programs that make up the Protected Channels, and they promote, encourage, and facilitate using the Jadoo set-top box in this manner.

45. JadooTV have actual knowledge that the transmission of the Protected Channels and the programs that make up the Protected Channels to Jadoo Users infringes BOL's exclusive broadcasting,

distribution and public performance rights.

46.     JadooTV can take simple measures to prevent further infringement of BOL's exclusive rights to broadcast, distribute and publicly perform the programs that make up the Protected Channels, such as ensuring the Jadoo5s set-top box is not pre-configured to access the Protected Channels prior to sale by either not loading or by removing the software files used to integrate the SASP channels, including the Protected Channels, into the eMedia and LiveTV menus of the set-top box. JadooTV can also block Jadoo set-top boxes from accessing servers and URLs that are identified to be streaming the Protected Channels or the content that airs on the Protected Channels. JadooTV can also easily refrain from providing instructions for Jadoo Users to manually locate and install software files needed to integrate SASP channels, including the Protected Channels, into the eMedia and LiveTV menus of the Jadoo4 and Jadoo5 set-top boxes. JadooTV can readily prevent Jadoo Users from accessing the programs that make up the Protected Channels using the VOD menu of the Jadoo set-top box by disabling the links or bookmarks to those programs.

47.     Sohail is jointly and severally liable for each act of JadooTV's direct infringement because he personally directed and participated in, and benefitted from, JadooTV's infringing conduct as alleged herein. Sohail supervised the development of the Jadoo service and set-top boxes and associated website, and has been directly actively and personally involved in JadooTV's infringing activities.

48.     JadooTV and Sohail are willful, malicious intentional, purposeful, and in disregard of and with indifference to the rights of BOL.

49.     Unless enjoined by the Court, JadooTV and Sohail will continue to engage in acts causing substantial and irreparable injury to BOL that includes damage to its reputation, loss of goodwill, and lost sales, for which there is no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants:

A.     For a grant of permanent injunctive relief under 17 U.S.C. § 502 restraining and enjoining Defendants, and any of their officers, agents, servants employees, attorneys, or other persons acting in active concert or participation with the foregoing that receives actual notice of the order (including, without limitation, distributors and retailers of any Jadoo set-top box), from:

1. transmitting, streaming, distributing, or publicly performing in the United States, with any Jadoo set-top box, or any other device, application, service, or process, any of the Protected Channels or any of the programming that comprises any of the Protected Channels;

2. distributing, selling, providing, or promoting any product or service in the United States, including any Jadoo set-top box, that comprises the whole or part of a network or service for the distribution or public performance of any of the Protected Channels or any of the programming that comprises any of the Protected Channels;

3. advertising, displaying, or marketing any Jadoo set-top box or service in the United States in connection with any of the Protected Channels or any of the programming that comprises any of the Protected Channels; and

4. inducing or contributing to others' conduct that falls within 1, 2 & 3 above;

B. For the 65 or more protected works, statutory damages as awarded by the Court up to $150,000 per protected work infringed under 17 U.S.C. § 504(c), or the Defendants' profits attributable to the infringement of those registered works under 17 U.S.C. § 504(b).

C. For impoundment and disposition of all infringing articles under 17 U.S.C. § 503;

D. For Plaintiff's cost of filling this claim 17 U.S.C. § 505

E. For pre- and post-judgment interest on all monetary relief, from the earliest date permitted by law at the maximum rate permitted by law.

F. For such additional relief as the Court deems just and equitable.

Respectfully Submitted

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint:

(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a non-frivolous, agreement of extending, modifying, or reversing existing law;
(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentioary support after a reasonable opportunity for further investigation or discovery, and
(4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date:

Respectfully submitted

M/s Labbaik (Pvt)
BOL House, Korangi Creek Cantonment,

B.      For the 63 or more protected works, statutory damages as awarded by the Court up to $150,000 per protected work infringed under 17 U.S.C. § 504(c), or the Defendants' profits attributable to the infringement of those registered works under 17 U.S.C. § 504(b).

C.      For impoundment and disposition of all infringing articles under 17 U.S.C. § 503;

D.      For Plaintiff's cost of filling this claim 17 U.S.C. § 505

E.      For pre- and post-judgment interest on all monetary relief, from the earliest date permitted by law at the maximum rate permitted by law.

F.      For such additional relief as the Court deems just and equitable.

Respectfully Submitted

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint:

(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a non-frivolous, agreement of extending, modifying, or reversing existing law;
(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and
(4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date:

Respectfully submitted

M/s Labbaik (Pvt)
BOL House, Korangi Creek Cantonment,

Ibrahim Haidari, Karachi Pakistan,
Telephone,
Email:legal@bolnetwork.com


M/s BOL Enterprise (Pvt) Ltd
BOL House, Korangi Creek Cantonment,
Ibrahim Haidari, Karachi Pakistan,
Telephone,
Email:legal@bolnetwork.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Labbaik (Pvt) Ltd
BOL Enterprise (Pvt) Ltd

Case No.

Plaintiffs,

v

Jadoo TV, Inc
Sajid Sohail

Defendants

---

EXHIBIT No. "1" TO

PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE

*Scan copies of Incorporation Certificates of M/s Labbaik (Pvt) Ltd and M/s BOL Enterprises (Pvt) Ltd, registered with Securities & Exchange Commission of Pakistan and Broadcasting License duly issued by Pakistan Electronic Media Regulatory Authority.*





# SECURITIES AND EXCHANGE COMMISSION OF PAKISTAN

## CERTIFICATE OF INCORPORATION

(Under section 32 of the Companies Ordinance, 1984 (XLVII of 1984))

Company Registration No. 0000011557/20050907

I hereby certify that LABBAIK (PRIVATE) LIMITED is this day incorporated under the Companies Ordinance, 1984 (XLVII of 1984) and that the company is limited by Shares.

Given under my hand at Karachi this 16th day of September two thousand and five.

Fee Rs. 64,500/- (Sixty Four Thousand Five Hundred Only)

( TAHIR MAHMOOD )
ADDITIONAL REGISTRAR OF COMPANIES

S.no. 3563. dt. 19/9/2005.

001472



# SECURITIES AND EXCHANGE COMMISSION OF PAKISTAN

## COMPANY REGISTRATION OFFICE KARACHI

### CERTIFICATE OF INCORPORATION

[Under section 32 of the Companies Ordinance, 1984 (XLVII of 1984)]

Corporate Universal Identification No: 0083534

I hereby certify that __BOL ENTERPRISE (PVT.) LIMITED__ is this day incorporated under the Companies Ordinance, 1984 (XLVII of 1984) and that the company is limited by shares.

Given under my hand at __Karachi__ this __Nineteenth__ day of __April__ Two Thousand and __Thirteen.__

Incorporation Fee Rs. __18,000 /-__ Only



(Sidney Custodio Pereira)
Joint Registrar of Companies
Karachi

P-2

# GOVERNMENT OF PAKISTAN
## PAKISTAN ELECTRONIC MEDIA
### REGULATORY AUTHORITY
#### ISLAMABAD

PEMRA

# LICENCE

TO

## OPERATE AN INTERNATIONAL SCALE TELEVISION STATION

to M/s Labbaik Private Limited,
Karachi

In exercise of powers conferred under Pakistan Electronic Media Regulatory Authority Ordinance, 2002 (XIII of 2002), the Pakistan Electronic Media Regulatory Authority has been pleased to grant a non-exclusive licence to M/s Labbaik Private Limited, Karachi having their Principal Office at Labbaik Plaza, C-47/C 16th Commercial Street, Phase II Extension, DHA, Karachi to establish and operate an International Scale Satellite Television Station, in Pakistan.

2.   This Licence shall come into force from the day of its issue and shall be valid for Fifteen years, subject to the annual renewal. The Licence is further subject to the provisions of the Ordinance, the Rules & Regulations and also to the terms and conditions of the Licence document as agreed by the Licensee.



(Dr. Abdul Jabbar)
Director General (Technical)
Pakistan Electronic Media Regulatory
Authority

# UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA

|  | Case No. |
|---|---|
| Labbaik (Pvt) Ltd<br>BOL Enterprise (Pvt) Ltd<br><br>                    Plaintiffs,<br><br>        v<br><br>Jadoo TV, Inc<br>Sajid Sohail<br><br><br>                    Defendants | |

---

EXHIBIT No. "2" TO
<u>PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE</u>

*Examples of copyrighted works that aired on the Protected Channels*

1. BOL News Headquarters - BOL News
2. Tajzia - BOL News
3. Tabdeeli - BOL News
4. Samajh To Gaya Hoga - BOL News
5. Special Report with Mudassir Iqbal - BOL News
6. Aaj Ki Taza Khabar - BOL News
7. Abb Pata Chala - BOL News
8. Ab Aisay Nahi Chalay Ga - BOL News
9. Meri Jang - BOL News
10. Aik Laghari Sub Par Bhari - BOL News
11. Ab baat hogi - BOL News
12. Morning Alert - BOL News
13. Real Politics - BOL News
14. Sub Se Pehle Pakistan - BOL News
15. Pakistan News Room - BOL News
16. Top Five Breaking - BOL News
17. BOL Gappa - BOL News
18. Super Pakistani - BOL News
19. National Debate - BOL News
20. News Nama  - BOL News
21. Lagataar-10 - BOL News

22. Breaking Today - BOL News
23. 2 Main 10 - BOL News
24. Pakistan Star - BOL Entertainment
25. Pakh Pakh Pakao – BOL Entertainment
26. Bolwala Card Game Show – BOL Entertainment
27. Jan Cartoon – BOL Entertainment
28. Khatti Meethi Zindagi – BOL Entertainment
29. Khush Raho Pakistan – BOL Entertainment
30. Champions – BOL Entertainment
31. Caroron Mai Khel – BOL Entertainment
32. Game Show Aisay Chalay Ga
33. Star Singer – BOL Entertainment
34. Star Dancer – BOL Entertainment
35. Star Actor – BOL Entertainment
36. Star Talent – BOL Entertainment
37. Hallabol – BOL Entertainment
38. Star Players – BOL Entertainment
39. Channa Chor Garam – BOL Entertainment
40. Bol Nights – BOL Entertainment
41. Parlour Wali Ladki – BOL Entertainment
42. Dil Aara – BOL Entertainment
43. Marham – BOL Entertainment
44. Aik Muhabbat Kafi Hai – BOL Entertainment
45. Hum Usi Kay Hain – BOL Entertainment
46. Chakkar – BOL Entertainment
47. Muhabbat Karna Manna Hai – BOL Entertainment
48. Rabbaway – BOL Entertainment
49. Ishq Muhallah – BOL Entertainment
50. Hansna Mana Hai – BOL Entertainment
51. Siskiyan – BOL Entertainment
52. Tum Mujrim Ho – BOL Entertainment
53. Mohini Mansion Ki Chinderellayan – BOL Entertainment
54. Mirchiyan – BOL Entertainment
55. Aap Ko Kiya Taklif Hai – BOL Entertainment
56. Sultan Abdul Hameed – BOL Entertainment
57. Upar Bhabhi Ka Makaan – BOL Entertainment
58. Kho Gaya Woh – BOL Entertainment
59. Gol Gappay – BOL Entertainment
60. Phir Bulbulay – BOL Entertainment
61. Chat Pata Chowk – BOL Entertainment
62. Jin Ki Aigi Baraat – BOL Entertainment
63. Aap Ko Kiya Taklif Hai – BOL Entertainment

# UNITED STATES DISTRICT COURT
### NOTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Labbaik (Pvt) Ltd<br>BOL Enterprise (Pvt) Ltd<br><br><br>            **Plaintiffs,**<br>    v<br><br>Jadoo TV, Inc<br>Sajid Sohail<br><br><br>    **Defendants** | Case No. |

---

### EXHIBIT No. "3" TO
### PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE

*The following is a screenshot showing the Plaintiff's Protected works on the Jadoo's set-top box:*

https://jadootv.com/pakistani-content/







# UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA

|  | Case No. |
|---|---|
| Labbaik (Pvt) Ltd<br>BOL Enterprise (Pvt) Ltd<br><br>                    Plaintiffs,<br><br>          v<br><br>Jadoo TV, Inc<br>Sajid Sohail<br><br><br>                    Defendants |  |

---

**EXHIBIT No. "4" TO**
**PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE**

*JadooTV presents television channels in its set-top boxes to Jadoo Users through a "Live TV" menu that displays the channel logos of television channels available to be viewed using the Jadoo set-top box including the channels of the Plaintiffs without obtaining any license or permission"*

https://jadootv.com/pakistani-content/



# Discover Pakistani Content on JadooTV!

We make available the largest selection of Pakistani content in our Live
TV and VOD sections or though numerous 3rd Apps in our App store.

## Pakistani Channels

Scroll through this section to view a sample of some of the Pakistani channels available on JadooTV. For a
complete channel list, visit your JadooTV Box.

    

  

**Questions?**
Chat live with Omar

Holiday Sale Ends In:

| 4 | 5 | 39 | 9 |
|---|---|----|---|
| Days | Hours | Minutes | Seconds |