UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABBAIK (PVT) LTD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JADOO TV, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-05878-KAW<br><br>**ORDER STAYING CASE; VACATING CASE MANAGEMENT CONFERENCE** |

On August 20, 2020, Plaintiffs Labbaik Ltd. and BOL Enterprise Ltd. filed a complaint against Defendants Jadoo TV, Inc. and Sajid Sohail, asserting copyright and trademark infringement. (Compl. at 1, Dkt. No. 1.) On November 9, 2020, Defendants filed a notice that Defendant Jadoo TV, Inc. had filed a voluntary petition for relief in the United States Bankruptcy Court. (Dkt. No. 12.) In light of the ongoing bankruptcy proceedings, the Court finds that a stay is appropriate per 11 U.S.C. § 362(a). Accordingly, the Court STAYS the case and VACATES the December 1, 2020 case management conference.

The Court notes, however, that it is unclear this case was properly filed. Both Plaintiffs are companies, but neither appears to be represented by counsel.[1] Instead, both Plaintiffs are appearing pro se in the instant case. "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel. . . . [T]he rationale for that rule applies equally to all artificial entities." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993). Thus, absent representation by counsel, Plaintiffs cannot bring any claims. *See Murphy v. Lmc Constr.*, No. 20-cv-754 KJM AC PS, 2020 U.S. Dist. LEXIS 75590, at *5

---

[1] The complaint is submitted by Ibrahim Haidari, but there is no indication that Mr. Haidari is an attorney or licensed to practice in California.

(E.D. Cal. Apr. 29, 2020) (finding that a pro se plaintiff could not assert any claim on behalf of his company).   Accordingly, once the bankruptcy stay is lifted, Plaintiffs will be required to show why this case should not be dismissed.

IT IS SO ORDERED.

Dated: November 13, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge