UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABBAIK (PVT) LTD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JADOO TV, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-05878-KAW<br><br>**ORDER LIFTING STAY; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 20 |

On August 20, 2020, Plaintiffs Labbaik Ltd. and BOL Enterprise Ltd. filed a complaint against Defendants Jadoo TV, Inc. and Sajid Sohail, asserting copyright and trademark infringement. (Compl., Dkt. No. 1.) On November 9, 2020, Defendants filed a notice that Defendant Jadoo TV, Inc. had filed a voluntary petition for relief in the United States Bankruptcy Court. (Dkt. No. 12.) In light of the bankruptcy proceedings, the Court stayed the case. (Dkt. No. 20.) In the stay order, however, the Court noted "that it is unclear this case was properly filed" because "[b]oth Plaintiffs are companies, but neither appears to be represented by counsel." (*Id.* at 1.) Accordingly, the Court stated that it would require Plaintiffs to show cause why the case should not be dismissed once the bankruptcy stay was lifted. (*Id.* at 2.)

It has come to the Court's attention that the bankruptcy case was closed in February 2023. Accordingly, the Court LIFTS the stay and ORDERS Plaintiffs to show cause why this case should not be dismissed given that Plaintiffs are companies but not represented by counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *Murphy v. Lmc Constr.*, No. 20-cv-754-KJM AC PS, 2020 U.S. Dist. LEXIS 75590, at *5 (E.D. Cal. Apr. 29, 2020) (finding that a pro se plaintiff could not assert any claims on behalf

1  of his company).  Further, the Court ORDERS Plaintiffs to show cause why this case should not
2  be dismissed for failure to prosecute, given that the bankruptcy case was closed over a year and a
3  half ago, yet Plaintiffs did not inform the Court of this development.  Plaintiffs shall respond no
4  later than **September 6, 2024**.  Failure to respond will result in the Court reassigning the case to a
5  district judge and recommending that the case be dismissed without prejudice.
6      IT IS SO ORDERED.
7  Dated: August 26, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge